UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB - 3 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kareemah Bell-Boston, )
)
      Plaintiff, )
)
v. )   Civil Action No. **09 0205**
)
Lamia Webster-Chapman aka Quackenboss, )
)
      Defendant. )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of Landover Hills, Maryland, sues the manager of an office in the District of Columbia, but she does not accuse the named defendant of any wrongdoing. Besides, the complaint does not allege a violation of either the Constitution or federal law and it does not provide a basis for diversity jurisdiction inasmuch as plaintiff has not demanded any

amount of monetary damages. Accordingly, the complaint will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: January 10th, 20098                              /s/ Colleen Kollar-Kotelly
                                                        United States District Judge